Charlie C. McCall, Atty. Gen., and R. T. Goodwyn, Jr., Asst. Atty. Gen., for the State.

RICE, J.
Affirmed.

(138 So. 927)

**Red WRIGHT v. STATE.**

6 Div. 990.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Affirmed.

(138 So. 927)

**Rubye D. WYATT v. STATE.**

6 Div. 63.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.

(137 So. 927)

**Bennie WYNN v. STATE.**

4 Div. 814.

Court of Appeals of Alabama.
Nov. 10, 1931.

SAMFORD, J.
Appeal dismissed.

(130 So. 927)

**Jim WYNN, alias Winn, v. STATE.**

2 Div. 456.

Court of Appeals of Alabama.
Nov. 5, 1930.

BRICKEN, P. J.
Affirmed.

(134 So. 927)

**F. F. YARBROUGH v. STATE.**

8 Div. 312.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.

(132 So. 927)

**Charlie YOUNG v. STATE.**

8 Div. 252.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.

(133 So. 927)

**J. T. YOUNG v. STATE.**

2 Div. 465.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Affirmed.